# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED OCTOBER 9, 2020

---

### NO. 03-19-00597-CV

---

**Crystal Elizabeth De La Torre, Appellant**

**v.**

**Armando De La Torre, Jr., Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH**
**REVERSED AND REMANDED -- OPINION BY JUSTICE SMITH;**
**DISSENTING OPINION BY JUSTICE GOODWIN**

---

Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the denial of appellant's motion to dismiss. Therefore, the Court reverses the denial of appellant's motion and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.